AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph S. Reardon, being duly sworn, hereby depose and state:

1. I am an Inspector with the United States Department of Homeland Security, National Protection and Programs Directorate, Federal Protective Service (hereinafter "FPS"). I have been employed by FPS for over fifteen years. The primary mission of FPS is to provide security for employees of and visitors to federal buildings. As part of my regular duties, I am responsible for helping to provide security for the John Joseph Moakley United States Courthouse located at One Courthouse Way, Boston, Massachusetts.

2. Based on my training and experience, I know that it is a violation of federal law to assault a United States Federal Officer, to wit, an Inspector with FPS, as designated by 18 U.S.C. § 1114, while in the performance of his duties, in violation of 18 U.S.C. § 111.

3. This affidavit is based on my own investigation and information provided to me by other law enforcement officers. This affidavit is not intended to set forth all of the information I have learned during this investigation but only that which is sufficient to support a finding of probable cause for the accompanying criminal complaint.

4. On April 23, 2018, at approximately 3:45 p.m., I was on routine foot patrol outside the Moakley courthouse. I was dressed in a blue uniform marked with the insignia of the Department of Homeland Security Federal Protective Service. I was armed with my service weapon secured in my holster on my hip. While standing on the boat dock near the courthouse, I was approached by a white male, approximately six feet tall, with a shaved head and reflective sunglasses. This individual was later identified as JESSE TOMBARI, date of birth XX-XX-1984 (hereinafter "TOMBARI"). TOMBARI walked up to me and asked me, "Does your gun have

any live bullets?" When I asked TOMBARI why he wanted to know that, TOMBARI replied, "Because I want you to put a bullet in my head."

5. I then stepped back and turned my body at an angle from TOMBARI. I said to TOMBARI, "You do not want to do that, can I help you in any way?" TOMBARI said to me, "I just want to die," then reached toward me and grabbed the grip of my holstered firearm. TOMBARI continued to grab for my service weapon as I tried to grab his hands. I was able to gain partial control of TOMBARI's left wrist and forearm but TOMBARI continued to struggle with me. Deputy United States Marshal Robert Lima arrived at the boat dock and together we succeeded in lowering TOMBARI to the ground. I continuously directed TOMBARI to stop resisting but TOMBARI continued to struggle with both of us. TOMBARI flailed with clenched fists and shouted, "Just shoot me." Eventually we were able to place handcuffs on TOMBARI and place him in the rear of my vehicle.

6. Because of his suicidal ideations, TOMBARI was evaluated by Boston emergency medical technicians and was eventually transported to Massachusetts General Hospital for evaluation. Agents with FPS queried TOMBARI on social media and found a post from him dated July 27, 2016, which stated, "Guns Don't Kill People Cops Do."

7. TOMBARI's approach to me, TOMBARI's attempt to grab my service weapon, TOMBARI's violent struggle with me and with Deputy Lima, and TOMBARI's eventual arrest was all captured on a surveillance video recording from a camera positioned on the Moakley courthouse. I reviewed this recording before submitting this affidavit.

Based on the above information, there is probable cause to believe that on April 23, 2018, JESSE TOMBARI did assault, resist, oppose, impede, and interfere with a person designated in

18 U.S.C. § 1114, while said person was engaged in and on account of the performance of official duties in violation of 18 U.S.C. § 111.

                                                                     Joseph S. Reardon
                                                                     Inspector
                                                                     Department of Homeland Security
                                                                     Federal Protective Service

Sworn to and subscribed before me this 24th day of April, 2018.

The Honorable M. Page Kelley
United States Magistrate Judge